

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2015

No. 04-15-00159-CV

Ronald **MENSCH**,
Appellant

v.

**STATE FARM & CASUALTY COMPANY**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI02326
Honorable Stephani Walsh, Judge Presiding

# O R D E R

Appellant has filed proof that on May 12, 2015, the clerk was paid her fee for preparation of the record. Accordingly, we **order** the Bexar County District Clerk, Donna Kay McKinney, to file the clerk's record in this appeal by **June 11, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court